AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Juan Ramon Hernandez-Limon<br>A XXX XXX 126<br><br>*Defendant* | )<br>)   Case No.   **SA:25-MJ-123**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Juan Ramon Hernandez-Limon                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry into the United States after deportation/removal in violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

Date: 01/26/2025

*Issuing officer's signature*

City and state: San Antonio, Texas

Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Juan Ramon Hernandez-Limon
Known aliases:  None
Last known residence:  1718 Arbor Place San Antonio, Texas 78207
Prior addresses to which defendant/offender may still have ties:

Last known employment:  Unkown
Last known telephone numbers:  None known
Place of birth:  Mexico
Date of birth:  07/25/1996
Social Security number:
Height:  6 9"                                    Weight:  175
Sex:  Male                                       Race:  Hispanic
Hair:  Black                                     Eyes:  Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:  Convicted of:
Alien in Possession of a Firearm
Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:  185880NG6
Complete description of auto:  White GMC bearing atg # RLH5366

Investigative agency and address:  DHS/ICE, 3523 Crosspoint Drive, San Antonio, Texas 78217

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: